ALLEN, RESPONDENT, *v.* REELY, APPELLANT.

(No. 1,641.)

(Submitted July 15, 1903.   Decided July 20, 1903.

*Appeal—Rules of Supreme Court—Defective Brief—Affirmance.*

Failure of appellant's brief to comply with the provisions of Subdivision "a" of Subsection 3 of Rule X of the Rules of the Supreme Court is fatal to the appeal.

*Appeal from District Court, Ravalli County; F. H. Woody, Judge.*

ACTION by Calvin L. Allen against J. W. Reely.  From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals.  Affirmed.

*Mr. George T. Baggs,* and *Mr. John M. Evans,* for Appellant.

*Mr. C. B. Calkins,* for Respondent.

MR. COMMISSIONER POORMAN prepared the opinion for the court.

Appellant's brief fails to comply with the provisions of Subdivision "a," Subsection 3, of Rule X, of the Rules of this Court.  Such failure has many times been held by this court to be fatal to an appeal.  (*Larkin et al.* v. *Butte & B. Consol.*

*Min. Co. et al.,* 28 Mont. 41, 72 Pac. 304; *Frederick et al.* v. *McMahon,* 28 Mont. 263, 72 Pac. 621; *Casey* v. *Thieviege,* 27 Mont. 516, 71 Pac. 755, and cases cited.)

No application has been made to correct the brief, and, under the decisions in the cases above cited, none of the questions sought to be raised can be considered.

We therefore recommend that the judgment and order be affirmed.

PER CURIAM.—For the reasons given in the foregoing opinion, the judgment and order appealed from are affirmed.